IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CLAIRE HARIJAN<br>13 Broomhaugh Close<br>Hexham<br>Northumberland<br>NE46 1DS<br>England<br>United Kingdom<br><br>    Petitioner,<br><br>v.<br><br>HAWAZIN HARIJAN<br>634 32nd Street<br>West Palm Beach, Florida 33407<br><br>    Respondent. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br><br>Civil No.: 18-80368-CV- |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SHOW CAUSE ORDER

The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. § 9001 *et seq.*

Before the Court is the Verified Petition for Return of Child to England and Request for Issuance of Show Cause Order ("Petition for Return"). This Order addresses only the Petitioner's request for the issuance of a Show Cause Order, and makes no determination as to the merits of the Petition for Return. Upon considering the Petition for Return, the Convention and ICARA, it is this 22 day of March, 2018:

1. **ORDERED**, that the Petitioner, Claire Harijan (the "Petitioner"), and the Respondent, Hawazin Harijan (the "Respondent"), are prohibited from removing the minor child, R.B.H., born in 2005 (the "minor child"), or causing the minor child to be removed from the jurisdiction of this Court, pending final disposition of the above-referenced Petition for Return; and it is further

1

2. **ORDERED**, that the Respondent shall appear before this Court on the __2__ day of __APRIL__, 2018, at __1:15__ ~~a.m.~~/p.m. in Courtroom __205B__ of the United States District Court for the Southern District of Florida (~~West Palm Beach~~ Ft. Lauderdale Division), located at __Federal Building AND Courthouse, 299 E. Broward Blvd, Room 205B, Ft. Lauderdale, FL 33301__ ~~Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida 33401~~. The initial appearance shall be considered an initial show cause hearing and scheduling hearing, so that the Court can confirm that the minor child is physically located within the jurisdiction of this Court, and so that a date may be set for an expedited evidentiary hearing on the merits of the Petition for Return. The Respondent may appear with or without counsel; and it is further

3. **ORDERED**, that if the Respondent either fails to appear on the __2__ day of __April__, 2018 at __1:15__ ~~a.m.~~/p.m. with the minor child, or removes the minor child or causes the minor child to be removed from the jurisdiction of this Court, the Court shall issue a warrant for the arrest of the Respondent and appearance for a contempt hearing; and it is further

4. **ORDERED**, that a copy of this Order, and a copy of the Petition for Return, together with all attachments and all other filings, shall be served on or before the __29__ day of __March__, 2018 upon the Respondent, by the United States Marshal; and it is further

5. **ORDERED**, that the Respondent shall surrender any passports and other travel documents for the minor child in his possession, custody, or control to the United States Marshal immediately upon service to be held for safe-keeping by the Clerk of this Court; and it is further

2

6.      **ORDERED**, that the Petitioner is not required to appear at the initial hearing, as long as the Petitioner's counsel appears on her behalf and has full authority from the Petitioner to schedule the expedited evidentiary hearing and all related deadlines.

DATED this 22 day of March, 2018.

*[signature]*
United States District Judge
United States District Court
  for the Southern District of Florida

CC: Counsel of Record
U.S. Marshal