UNCLASSIFIED // LES

U.S. Department of Justice
United States Marshals Service

## Seized Property and Evidence Control

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**
Southern District of Florida

**2. RECEIVED FROM (NAME AND ADDRESS):**
HAWAZIN HARIJAN; 634 32ND STREET, WEST PALM BEACH, FL 33407

| 3. CASE NO.: | 4. CASE TITLE: |
|---|---|
| 18-80368 | CLAIRE HARIJAN VS. HAWAZIN HARIJAN |

**5. SUBJECT (NAME AND ADDRESS):**
HAWAZIN HARIJAN; 634 32ND STREET, WEST PALM BEACH, FL 33407

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | UNITED STATES OF AMERICA PASSPORT PASSPORT# 720537356 EXP. 18 MAR 2018 | CLERK'S OFFICE |
| 2 | 1 | UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND PASSPORT PASSPORT# 532770500 EXP. 10 OCT 20 | CLERK'S OFFICE |
| 3 | 1 | CERTIFIED TRANSCRIPT OF BIRTH STATE OF NEW YORK DEPARTMENT OF HEALTH REGISTER# L5551150 | CLERK'S OFFICE |

ADD ITEM

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email.

UNCLASSIFIED // LES

UNCLASSIFIED // LES

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: MARISOL CHAVES | 11. TITLE: DUSM | 12. AGENCY: U.S. MARSHALS SERVICE |
|---|---|---|
| 13. SIGNATURE: *[signed]* | | 14. DATE: 3/28/18 |

## CHAIN OF CUSTODY

| 15. ITEM NO. | 16. DATE | 17. RELINQUISHED BY | 18. RECEIVED BY | 19. PURPOSE |
|---|---|---|---|---|
| 1 | 3/28/18 | NAME & AGENCY: MARISOL CHAVES/ USMS<br>SIGNATURE: *[signed]* | NAME & AGENCY: John D. Lillo / CCC<br>SIGNATURE: *[signed]* | ORDER TO SHOW CAUSE HEARING |
| 2 | 3/28/18 | NAME & AGENCY: MARISOL CHAVES/ USMS<br>SIGNATURE: *[signed]* | NAME & AGENCY: John D. Lillo / CCC<br>SIGNATURE: *[signed]* | ORDER TO SHOW CAUSE HEARING |
| 3 | 3/28/18 | NAME & AGENCY: MARISOL CHAVES/ USMS<br>SIGNATURE: *[signed]* | NAME & AGENCY: John D. Lillo / CCC<br>SIGNATURE: *[signed]* | ORDER TO SHOW CAUSE HEARING |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |

ADD ITEM

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email.

UNCLASSIFIED // LES

Form USM-102
Rev. 12/17

# United States District Court
## Southern District of Florida

Case Number: 18-CV-80368

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must **not** be placed in the "chron file".

☐ **NOT SCANNED**

- ☐ Due to Poor Quality
- ☐ Bound Extradition Papers
- ☐ Photographs
- ☐ Surety Bond (Original or Letter of Understanding)
- ☐ CD, DVD, VHS Tape, Cassette Tape
- ☒ Other: 1- UNITED KINDOM PASSPORT, 1- USA PASSPORT, 1- STATE OF N.Y Birth C.

☐ **SCANNED**

- ☐ But Poor Quality
- ☐ Habeas Cases (State Court Record/Transcript)

Date: 3/29/2018