**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

|  |  |  |
|---|---|---|
| | * | |
| **CLAIRE HARIJAN** | * | |
| Petitioner, | * | Case No.: 9:18-cv-080368-WPD |
| v. | * | |
| **HAWAZIN HARIJAN** | * | |
| Respondent. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**NOTICE OF SETTLEMENT AND
AGREED MOTION FOR ENTRY OF AGREED ORDER**

Pursuant to Local Rule 16.4, Petitioner CLAIRE HARIJAN ("Petitioner") and Respondent HAWAZIN HARIJAN ("Respondent") (collectively with Petitioner, the "Parties") hereby give notice that they have reached an agreement to settle the entire case.  The terms of the settlement are reflected in the Proposed Voluntary Return Order attached hereto as **Exhibit A**. The Voluntary Return Order is signed by Petitioner's Counsel and Respondent. The email transmitting Respondent's executed copy of the Voluntary Return Order sent on Thursday, April 12, 2018 is attached hereto as **Exhibit B**.

Accordingly, the Parties respectfully request the entry of the attached Voluntary Return Order reflecting the terms of the Parties' settlement and that the Court release the passports of the child that was subject of this case currently being held by the Clerk of Court ("the passports").

On or about March 29, 2018, Respondent deposited with the Clerk of Court the passports of the child that was subject of this case (DE 9). As of April 12, 2018, the Parties have come to an

agreement to settle this case and based on the terms of their settlement agreement, respectfully request that the passports be released to Petitioner or Petitioner's counsel.

Pursuant to S.D. Fla. L.R. 7.1, the parties have conferred and agree to the relief requested herein.

WHEREFORE, based on their settlement agreement, the Parties respectfully request that the court enter the attached Voluntary Return Order and issue an order authorizing the Clerk of Court to release the passports to Petitioner's counsel.


Dated: April 12, 2018                                   Respectfully submitted,


/s/ Brett A. Barfield                                   /s/ Hawazin Harijan
Brett A. Barfield                                       Hawazin Harijan
Florida Bar No. 192252                                  634 32nd Street
HOLLAND & KNIGHT LLP                                    West Palm Beach, Florida 33407
701 Brickell Ave., Suite 3300
Miami, Florida 33131                                    *Respondent Pro Se*
(305) 374-8500
(305) 789-7799 (fax)
brett.barfield@hklaw.com

/s/ Leah M. Hauser
Leah M. Hauser
Florida Bar No. 1002771
MILES & STOCKBRIDGE P.C.
1500 K Street N.W.
Suite 800
Washington, D.C. 20005
(202) 465-8418
(202) 640-6012 (e-fax)
LHauser@milesstockbridge.com

/s/ Stephen J. Cullen
Stephen J. Cullen, *Pro Hac Vice*
MILES & STOCKBRIDGE P.C.
1500 K Street, N.W.
Suite 800
Washington, D.C. 20005

(202) 465-8374
(410) 385-3709 (e-fax)

*Pro Bono Attorneys for Petitioner*