IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **CLAIRE HARIJAN** | * | |
| Petitioner, | * | |
| v. | * | Case No.: 9:18-cv-080368-WPD |
| **HAWAZIN HARIJAN** | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**VOLUNTARY RETURN ORDER**

This Voluntary Return Order directing return of the minor child to England is made pursuant to Article 7 of the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"), and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. 9001 *et seq.*, and with the express consent and agreement of all parties, as evidenced by the signatures below. It is therefore this _____ day of _____, 2018, by the United States District Court for the Southern District of Florida, hereby:

1. **ORDERED**, that by agreement of the parties, the minor child, R.B.H., born in 2005 (the "minor child"), shall be returned to the minor child's habitual residence of England on the 3rd day of May, 2018, on flight number DL 2446, departing Fort Lauderdale International Airport at 2:55 P.M., and arriving at Atlanta International Airport at 4:54 P.M., and then departing on flight number DL 4355 at 7:10 P.M. to Manchester International Airport, arriving in England on the 4th day of May, 2018 at 8:10 A.M., traveling in the company of the Petitioner, Claire Harijan (the "Mother"). The Mother shall pay all transportation costs, including airline tickets, for the minor child to return to England on the agreed date; and it is further

2. **ORDERED**, that by agreement of the parties, upon the return of the minor child to England, the Mother shall file a notice in this Court that the minor child has been returned to her habitual residence. Upon the filing of Mother's notice, this matter shall be DISMISSED WITH PREJUDICE; and it is further

3. **ORDERED**, that by agreement of the parties, each party shall pay his or her own attorneys' fees, suit money, necessary expenses, and costs associated with this matter, and each party waives any and all claims against the other under the Hague Convention and/or ICARA for necessary expenses and attorneys' fees; and it is further

4. **ORDERED**, that this Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention; and it is further

5. **ORDERED**, that this Voluntary Return Order is made under the authority of 22 U.S.C. 9003(a), conferring original jurisdiction upon this Court, and under the authority of Article 7 of the 1980 Hague Convention.

**SO ORDERED**, this _____ day of _____, 2018.

_____
Hon.
United States District Judge
United States District Court for the
   Southern District of Florida

APPROVED AS TO FORM AND CONTENT:

/s/ Brett A. Barfield
Brett A. Barfield
Florida Bar No. 192252
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, Florida 33131

_____
Hawazin Harijan
634 32nd Street
West Palm Beach, Florida 33407

*Respondent Pro Se*

(305) 374-8500
(305) 789-7799 (fax)
brett.barfield@hklaw.com


/s/ Leah M. Hauser
Leah M. Hauser
Florida Bar No. 1002771
MILES & STOCKBRIDGE P.C.
1500 K Street N.W.
Suite 800
Washington, D.C. 20005
(202) 465-8418
(202) 640-6012 (e-fax)
LHauser@milesstockbridge.com


Stephen J. Cullen, *Pro Hac Vice*
MILES & STOCKBRIDGE P.C.
1500 K Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 465-8374
(410) 385-3709 (e-fax)

*Pro Bono Attorneys for Petitioner*