**Barfield, Brett (MIA - X27661)**

---

**From:** Cullen, Stephen J. <SCULLEN@MilesStockbridge.com>
**Sent:** Thursday, April 12, 2018 2:19 PM
**To:** Barfield, Brett (MIA - X27661)
**Subject:** Fwd: Activity in Case 9:18-cv-80368-WPD Harijan v. Harijan Scheduling Conference
**Attachments:** VRO.pdf; ATT00001.htm

Sent from my iPhone

Begin forwarded message:

> **From:** "Cullen, Stephen J." <SCULLEN@MilesStockbridge.com>
> **Date:** April 12, 2018 at 12:58:36 PM CDT
> **To:** "'Brett Barfield Esq. (brett.barfield@hklaw.com)'" <brett.barfield@hklaw.com>
> **Subject: FW: Activity in Case 9:18-cv-80368-WPD Harijan v. Harijan Scheduling Conference**
>
> 
>
> Stephen J. Cullen
> Miles & Stockbridge
> direct: (202) 465-8374
> *We Go the Extra Mile*
>
> **From:** Hawazin Harijan [mailto:hawazinharijan@gmail.com]
> **Sent:** Thursday, April 12, 2018 1:18 PM
> **To:** Cullen, Stephen J. <SCULLEN@MilesStockbridge.com>
> **Subject:** Re: Activity in Case 9:18-cv-80368-WPD Harijan v. Harijan Scheduling Conference
>
> Dear Mr. Cullen,
>
> Here is the signed Voluntary Return Order (see attached). Thanks.
>
> Best,
> Hawazin Harijan
>
> On Thu, Apr 12, 2018 at 9:19 AM, Cullen, Stephen J. <SCULLEN@milesstockbridge.com> wrote:
>
>> Dear Mr. Harijan:
>>
>> The child can leave the US to return to the UK on her UK passport and the VRO. Then before she visits the US again you and our client can sort out a new US passport for your daughter.

1

To: hawazinharijan <hawazinharijan@gmail.com>

Cc: "'Brett Barfield Esq. (brett.barfield@hklaw.com)'" <brett.barfield@hklaw.com>, "Palma, Amanda N." <apalma@MilesStockbridge.com>, "Hauser, Leah M." <lhauser@MilesStockbridge.com>, "Powers, Kelly A." <kpowers@milesstockbridge.com>

Subject: RE: Activity in Case 9:18-cv-80368-WPD Harijan v. Harijan Scheduling Conference

Dear Mr. Harizan:

Attached is the standard article 7 return order. The return date to be one day during the week of the trial to be agreed between us. Please confirm today you wish to proceed and I will finalize the VRO and send it to you for your signature, and then I will e-file it.

Thank you. Stephen

**Stephen J. Cullen**
Miles & Stockbridge
direct: (202) 465-8374
*We Go the Extra Mile*

From: hawazinharijan [mailto:hawazinharijan@gmail.com]
Sent: Wednesday, April 11, 2018 8:08 AM
To: Cullen, Stephen J. <SCULLEN@MilesStockbridge.com>
Subject: RE: Activity in Case 9:18-cv-80368-WPD Harijan v. Harijan Scheduling Conference

Dear Mr. Cullen,

Can you please forward me the Voluntary Return form? I would like to review it. Thanks.

Best,

Hawazin Harijan

3

separate scheduling order. Court Reporter: Francine Salopek, 954-769-5657 / Francine_Salopek@flsd.uscourts.gov. (mkz)

**9:18-cv-80368-WPD Notice has been electronically mailed to:**

Brett Alan Barfield   brett.barfield@hklaw.com, aida.guerrero@hklaw.com

Leah M. Hauser   lhauser@milesstockbridge.com

Stephen J. Cullen   scullen@milesstockbridge.com

**9:18-cv-80368-WPD Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Confidentiality Notice:
This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

Any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Secure Upload/Download files click here.