IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **CLAIRE HARIJAN** | * |
| Petitioner, | * Case No.: 9:18-cv-080368-WPD |
| v. | * |
| **HAWAZIN HARIJAN** | * |
| Respondent. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AGREED ORDER FOR RELEASE OF PASSPORTS

The Parties request that the Court release the passports of the child that was the subject of this case currently being held by the Clerk of Court ("the passports") based on the parties' settlement agreement.

Having reviewed the motion, the pertinent portions of the record, and noting the agreement of the parties to the relief requested, it is hereby:

**ORDERED** that the Clerk of the Court is authorized to release the passports being held in this case to Petitioner, Brett Barfield, Esq., or another lawyer from his law firm, Holland & Knight LLP.

DONE AND ORDERED in chambers this 13th day of April, 2017.

_____
Hon. William Dimitrouleas, District Court Judge